# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**          **Case No. 3:18-CR-139**
                           **District Judge Thomas M. Rose**

**DENIS MAYORQUIN ROMERO,**

        **Defendant.**

## ORDER GRANTING MOTION TO CONTINUE

Upon the Motion to Continue Jury Trial (doc. 14) having been heard in open court on December 3, 2018, the Court finds that within the factual and legal confines of this case, the ends of justice served by granting said motion outweighs the best interests of the public and Defendant's to a speedy trial.

**IT IS HEREBY ORDERED** that the Motion to Continue Jury Trial (doc. 14) is **GRANTED**. Jury Trial for this matter has been rescheduled for **Monday, March 18, 2019 at 9:00 a.m.** A Final Pretrial Conference has been set for **Wednesday, March 13, 2019 at 9:30 a.m.** The delay occasioned by this continuance shall be deemed an excusable delay pursuant to the provisions to 18 U.S.C. §3161(h)(7)(A) in computing time from indictment to trial under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: December 4, 2018

*s/Thomas M. Rose*
_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT